Matter of Hughes v Copes (2024 NY Slip Op 00514)

Matter of Hughes v Copes

2024 NY Slip Op 00514

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, OGDEN, AND GREENWOOD, JJ.

102 CAF 23-01530

[*1]IN THE MATTER OF ROBERT HUGHES, PETITIONER-RESPONDENT,
v
CHRISTIE COPES, RESPONDENT-APPELLANT. (APPEAL NO. 2.) 

D.J. & J.A. CIRANDO, PLLC, SYRACUSE (REBECCA L. KONST OF COUNSEL), FOR RESPONDENT-APPELLANT.
FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (THOMAS M. LEITH OF COUNSEL), FOR PETITIONER-RESPONDENT. 
MICHAEL J. KERWIN, SYRACUSE, ATTORNEY FOR THE CHILDREN. 

 Appeal from an amended order of the Family Court, Onondaga County (Salvatore A. Pavone, R.), entered August 23, 2022, in a proceeding pursuant to Family Court Act article 6. The amended order, inter alia, awarded sole legal and primary physical custody of the subject children to petitioner. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Kolasz v Levitt , 63 AD2d 777, 779 [3d Dept 1978]).
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court